FILED FOR RECORD
CASS COUNTY, TEXAS
10/20/2015 4:28:13 PM
JAMIE ALBERTSON
DISTRICT CLERK

06-15-00095-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 4:43:11 PM
DEBBIE AUTREY
CLERK

NO. 13-C-313

| | | |
|---|---|---|
| BOBBY MILLER and | ) | IN THE DISTRICT COURT |
| THYRA MILLER | ) | |
| | ) | |
| v. | ) | OF |
| | ) | |
| LEORISS THOMAS | ) | CASS COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/3/2015 9:29:00 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now LEORISS THOMAS, pursuant to Rule 25.1 of the Tex. R. App. P., and files this his Notice of Appeal.

I.

The case was filed in the 5th Judicial District Court of Cass County, Texas and styled *Bobby Miller and Thyra Miller v. Leoriss Thomas,* Cause No. 13-C-313. The judgment that is being appealed from was entered on August 5, 2015.

II.

Leoriss Thomas desires to appeal to the Sixth District Court of Appeals sitting in Texarkana.

III.

This notice is filed by Leoriss Thomas, the Defendant in the trial court.

Respectfully submitted,

*/s/ John R. Mercy*

John R. Mercy
Texas State Bar No. 13947200
MERCY ✸ CARTER ✸ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503
Telephone: (903) 794-9419
Facsimile: (903) 794-1268
E-mail: jmercy@texarkanalawyers.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2015 a true and correct copy of the foregoing *Notice of Appeal* was forwarded to counsel of record for Plaintiffs by the Electronic Service Provider, if registered; otherwise by email, as follows:

Mr. D. Scott Carlile
THE CARLILE LAW FIRM, LLP
400 South Alamo
Marshall, TX 75670

Email: scarlile@carlilelawfirm.com


/s/ *John R. Mercy*
John R. Mercy